COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on the Complaint of ALICE DAMBAKLY, Respondent, v. MICHAEL ARAB, Appellant.— Appeal from order of filiation of the Court of Special Sessions of the City of New York,

Borough of Brooklyn [County of Kings]. Order unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.